UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                *Plaintiff*

v.

REAL PROPERTY AND PREMISES LOCATED AT 99 MAIN STREET, KINGS PARK, NEW YORK 11754 AND ALL PROCEEDS TRACEABLE THERETO, ET AL.

                *Defendants.*

**NOTICE OF APPEARANCE**
Civil Action No.: **16 CV 0986**
(Spatt, J.)

---

TO: CLERK OF COURT, EASTERN DISTRICT OF NEW YORK

    **PLEASE TAKE NOTICE** that Kenneth J. Kaplan, Esq., of Law Offices of Kenneth J. Kaplan, P.C., 767 Third Avenue, New York, New York 10017, admitted to practice in the Eastern District of New York, hereby appears on behalf of the following defendants *in rem:*

a)  Real property and premises located at 60 James Street, Northport, New York 11768 and all proceeds traceable thereto;

b)  Real property and premises located at 2 Maple Cres Unit 21, Vernon, New Jersey 07462 and all proceeds traceable thereto;

c)  Real property and premises located at 99 Main Street, Kings Park, New York 11754 and all proceeds traceable thereto;

d)  All funds on deposit in Bank of America, Account number 009-485-676770, held in the name of Aerospec Fasteners Inc., up to and including the sum of $2, 821, 829.08, and all proceeds traceable thereto and

e)  One Marquis 550 LS 055 VIN CDRH2010F708, and all proceeds traceable thereto.

Dated: New York, New York
      *March 2, 2016*

                                *Kenneth J. Kaplan, Esq.*
                                Law Offices of Kenneth J. Kaplan, P.C.
                                767 Third Avenue, 26th Floor
                                New York, New York 10017
                                Phone: (212) 750-3100
                                Fax: (212) 750-8628
                                E-mail: kjkaplan@kjkaplanlaw.com