UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                *Plaintiff*

v.

REAL PROPERTY AND PREMISES LOCATED
AT 99 MAIN STREET, KINGS PARK, NEW
YORK 11754 AND ALL PROCEEDS TRACEABLE
THERETO, ET AL.

                *Defendants.*

Civil Action No.: **16 CV 0986**
(Spatt, J.)

---

**VERIFIED CLAIM OF PAUL SKISCIM PURSUANT TO RULE G OF THE
SUPPLEMENTAL RULES FOR ADMIRALTY AND MARITIME CLAIMS**

PLEASE TAKE NOTICE that Paul Skiscim ("Skiscim"), pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby asserts, under penalty of perjury, right, title and interest in, and makes a claim upon, the property identified below in the above captioned case.

1. Skiscim has right, title, and interest in the following property:
   a) Real property and premises located at 60 James Street, Northport, New York 11768 and all proceeds traceable thereto;
   b) Real property and premises located at 2 Maple Cres Unit 21, Vernon, New Jersey 07462 and all proceeds traceable thereto;
   c) One Marquis 550 LS 055 VIN CDRH2010F708, and all proceeds traceable thereto.
   d) Real property and premises located at 99 Main Street, Kings Park, New York 11754 and all proceeds traceable thereto;

2. Skiscim has right, title, or interest to all funds in the following account:
   a) All funds on deposit in Bank of America, Account number 009-485-676770, held in the name of Aerospec Fasteners Inc., up to and including the sum of $2,821,829.08, and all proceeds traceable thereto.

3. Skiscim is a lawful partial owner and a party that held legal title to the property referenced in paragraph 1(a), (b), and (c) prior to the seizure.

4. Skiscim is the lawful owner and the party that held legal title to the property referenced in paragraph 1(d) prior to the seizure.

5. Skiscim is the lawful owner and the party that held legal title to the bank account referenced in paragraph 2 prior to the seizure.

6. Skiscim has a right, title or interest in all of his tangible and intangible assets.

7. Pursuant to Rule E(8) of the Supplemental Rules, Skiscim appears before this Court for the limited purpose of defending against claims initiated by the government in the above-captioned in rem action. Skiscim's appearance in the above-captioned action does not constitute an appearance for the purpose of any other claim or consent to the jurisdiction of this court or any other court over Skiscim.

Pursuant to the provisions of 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/4/16

By: _____
Paul Skiscim

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 4, 2016, I caused a true copy of the foregoing Verified Claim of Paul Skiscim Pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims to be served by the Court's ECF system upon:

Robert W. Schumacher
Assistant United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722
(631) 715--7871
robert.schumacher@usdoj.gov

_____
Kenneth J. Kaplan