UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

                *Plaintiff*

    v.

REAL PROPERTY AND PREMISES LOCATED
AT 99 MAIN STREET, KINGS PARK, NEW
YORK 11754 AND ALL PROCEEDS TRACEABLE
THERETO, ET AL.

                *Defendants.*

Civil Action No.: **16 CV 0986**
(Spatt, J.)

---

**VERIFIED CLAIM OF MARY LYNN GERACE PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR ADMIRALTY AND MARITIME CLAIMS**

PLEASE TAKE NOTICE that Mary Lynn Gerace ("Gerace"), pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5)(a), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, hereby asserts, under penalty of perjury, right, title and interest in, and makes a claim upon, the property identified below in the above captioned case.

1. Gerace has right, title, and interest in the following property:
   a) Real property and premises located at 60 James Street, Northport, New York 11768 and all proceeds traceable thereto;
   b) Real property and premises located at 2 Maple Cres Unit 21, Vernon, New Jersey 07462 and all proceeds traceable thereto;
   c) One Marquis 550 LS 055 VIN CDRH2010F708, and all proceeds traceable thereto.

2. Gerace is a lawful partial owner and a party that held legal title to the property referenced in paragraph 1 prior to the seizure.

3. Gerace has a right, title or interest in all of her tangible and intangible assets.

4. Pursuant to Rule E(8) of the Supplemental Rules, Gerace appears before this Court for the limited purpose of defending against claims initiated by the government in the above-captioned in rem action. Gerace's appearance in the above-captioned action does not constitute an appearance for the purpose of any other claim or consent to the jurisdiction of this court or any other court over Gerace.

Pursuant to the provisions of 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/4/16

By: _____
Mary Lynn Gerace

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on March 7, 2016, I caused a true copy of the foregoing Verified Claim of Mary Lynn Gerace Pursuant to Rule G of the Supplemental Rules for Admiralty and Maritime Claims to be served by the Court's ECF system upon:

Robert W. Schumacher
Assistant United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722
(631) 715--7871
robert.schumacher@usdoj.gov

_____
Kenneth J. Kaplan