**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 16-CV-0986 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ALL FUNDS ON DEPOSIT, ET AL. | WARRANT IN REM |

*[Stamp: U.S. DISTRICT COURT E.D.N.Y. JUN 23 2016 LONG ISLAND OFFICE]*

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USMS
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
225 CADMAN PLAZA, ROOM G-20, BROOKLYN, N.Y. 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

ROBERT L. CAPERS-USA
610 FEDERAL PLAZA 5TH FLOOR
CENTRAL ISLIP, N.Y. 11722
ATTN: BRIAN GAPPA

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

PLEASE EXECUTE THE WARRANT IN REM AND DEPOSIT THE ATTACH CHECK INTO THE SEIZED ASSET DEPOSIT FUND, PENDING FURTHER ORDER OF THE COURT. RETURN RECEIPT REQUESTED.

16-DCI-000109 ($1,591.25)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 631-715-7881
DATE: 6/13/16

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process | District of Origin No. 52 | District to Serve No. 52 | Signature of Authorized USMS Deputy or Clerk | Date: JUN 14 2016

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: JUN 15 2016 Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: $1,591.25 deposited into SADF on JUN 15 2016

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

16-0986-2

Form USM-285
Rev. 12/80

**CV 16 0986**

**SPATT, J.**

SLR:RWS
F#: 2016V00550
F. #2013R00642

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 29 2016 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

- against -

ANY AND ALL FUNDS ON DEPOSIT IN
BANK OF AMERICA ACCOUNT NUMBER
009-485-676770, HELD IN THE NAME OF
AREOSPEC FASTENERS INC., UP TO AND
INCLUDING THE SUM OF $2,821,829.08, AND
ALL PROCEEDS TRACEABLE THERETO;

        Defendant in rem.

----------------------------------X

SUMMONS AND WARRANT OF
ARREST FOR ARTICLES IN REM

Civil Action No. 16-

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 04 2016 ★

LONG ISLAND OFFICE

To: THE DEFENSE CRIMINAL INVESTIGATIVE SERVICE ("DCIS") AND ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

        WHEREAS, a Verified Complaint In Rem was filed on February 29, 2016 in the United States District Court for the Eastern District of New York, alleging that the above-captioned financial account (the "BOA seized Acct") are subject to seizure and forfeiture to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C), as property, real or personal, that constitutes or is derived from, proceeds traceable to a violation of 18 U.S.C. § 1343; and/or (b) 18 U.S.C. § 981(a)(1)(A), as property involved in an transaction or an attempted transaction in violation of 18 U.S.C. §§ 1956 and 1957; and

        WHEREAS, the Court being satisfied that, based on the Verified Complaint In

Rem, there is probable cause to believe that the BOA Seized Account is subject to seizure and forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A) and that grounds for issuance of a Summons and Warrant for Arrest of Articles In Rem exist pursuant to Supplemental Rule G(3) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions;

YOU ARE THEREFORE HEREBY COMMANDED to maintain custody of the BOA Seized Account until further order of the Court respecting the same. The United States Attorney General, the United States Marshals Service ("USMS"), and DCIS, their authorized agents, duly designated representatives and/or contractors, shall use their discretion and whatever means appropriate to protect and maintain the BOA Seized Account; and

IT IS FURTHER ORDERED that the United States Attorney's Office ("USAO"), the USMS and/or the DCIS or their authorized agents, representatives and/or contractors shall serve upon all potential claimants to the BOA Seized Account a copy of this Warrant and the Verified Complaint In Rem in a manner consistent with the principles of service of process of an action in rem under the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Actions, and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, in the Eastern District of New York, pursuant to Supplemental Rule G(4); and

IT IS FURTHER ORDERED that a return of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in the BOA Seized Account shall file their verified claim and statement of interest under penalty of perjury

within thirty-five (35) days after service of the Verified Complaint or, as applicable, no later than 30 days after the final date of publication of notice of the filing of the Verified Complaint, whichever is earlier, or within such additional time as the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims. In addition, any person having filed such a claim or statement of interest must also file an answer to the complaint no later than 21 days after the filing of the statement. All claims and answers must be filed with the Clerk of the Court, United States District Court for the Eastern District of New York, Long Island Federal Courthouse, 100 Federal Plaza, Central Islip, New York 11722, with a copy thereof sent to Asset Forfeiture Specialist Brian Gappa or Assistant U.S. Attorney Robert W. Schumacher, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, Central Islip, New York 11722.

Dated: Central Islip, New York
~~February 29~~, 2016
MARCH 2,

s/ Arthur D. Spatt

HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE