

**Chrystal A. Puleo**
Direct Phone: +1 212 231 2651
Email: cpuleo@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

July 8, 2016

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE:   United States v. 60 James Street, et al., Civil Action No. 16-0986

Dear Judge Spatt:

Claimant M&T Bank ("M&T") respectfully writes to request, pursuant to Fed. R. Civ. P. 6(b), that the Court extend the deadline for M&T to file a claim by 14 days to July 22, 2016.

M&T Bank asserts that it was served with the Notice and Complaint on or about June 3, 2016 and pursuant to Rule G its deadline to file a claim is July 8, 2016.  For cause, M&T asserts the undersigned counsel was only recently retained to represent M&T in this matter and that M&T requires additional time verify its claim for filing.

Counsel for M&T contacted counsel for the United States on July 7, 2016 and he consents to the extension.

For the reasons set forth above, M&T respectfully requests an extension of its claim deadline to July 22, 2016.

Very truly yours,

*/s/ Chrystal A. Puleo*


Chrystal A. Puleo

CAP:dq

cc:   All counsel of record (*by ECF*)

ABU DHABI ♦ ATHENS ♦ BEIJING ♦ CENTURY CITY ♦ CHICAGO ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG ♦ HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MUNICH ♦ NEW YORK ♦ PARIS
PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-127608051.1-JEJOSEPH 07/08/2016 2:08 PM