UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AND PREMISES LOCATED AT 60 JAMES STREET, NORTHPORT, NEW YORK 11768 AND ALL PROCEEDS TRACEABLE THERETO, ET AL.,<br><br>              Defendants | Case No.: 2:16−CV−00986−ADS<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Nana Japaridze, an attorney at the law firm of Reed Smith LLP, hereby appears as counsel for Claimant M&T Bank, in the above-captioned action and requests copies of all pleadings and other documents electronically or otherwise filed herein.

DATED:  September 16, 2016.

                                  **REED SMITH LLP**
                                  By: */s/ Nana Japaridze*
                                      Nana Japaridze
                                      599 Lexington Avenue
                                      New York, New York 10022
                                      (P) 212-549-0282
                                      (F) 212-521-5450
                                      njaparidze@reedsmith.com

                                  *Attorneys for Claimant M&T Bank*