UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

               – against –

ONE MARQUIS 550 LS 055 VIN
CDRH2010F708, AND ALL PROCEEDS
TRCEABLE THERETO, *ET AL.*

                        Defendant.
- - - - - - - - - - - - - - - - - - -X

STIPULATION & ORDER

Civil Case No. 16-0986

(Spatt, J.)

      WHEREAS, on February 29, 2016, the United States of America (the "United States") filed a Verified Complaint in rem (the "Complaint") in the above-captioned action seeking, among other things, the forfeiture of one Marquis 550 LS 055 VIN CDRH2010F708 (the "Defendant Vessel") pursuant to (a) 18 U.S.C. § 981(a)(1)(C), as property, real or personal, that constitutes or is derived from, proceeds traceable to a violation of 18 U.S.C. § 1343; and/or (b) 18 U.S.C. § 981(a)(1)(A), as property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956 and 1957 (see Docket Entry No. 1); and

      WHEREAS, on or about March 8, 2017, United States District Judge Arthur D. Spatt entered a Stipulation and Order of Voluntarily Dismissal as to the Defendant Vessel.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED as follows:

1. In accordance with the Hon. Arthur D. Spatt's individual rule II(C), the undersigned parties, through counsel, hereby agree that the Defendant Vessel should be removed from the caption in this matter, which shall be amended as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA,

    – against –

REAL PROPERTY AND PREMISES
LOCATED AT 60 JAMES STREET,
NORTHPORT, NEW YORK 11768,
AND ALL PROCEEDS TRACEABLE;
REAL PROPERTY AND PREMISES
LOCATED AT 2 MAPLE CRESCENT UNIT 21,
VERNON, NEW JERSEY 07462, AND ALL
PROCEEDS TRACEABLE THERETO;
REAL PROPERTY AND PREMISES
LOCATED AT 99 MAIN STREET, KINGS
PARK, NEW YORK 11754, AND ALL
PROCEEDS TRACEABLE THERETO; AND
ALL FUNDS ON DEPOSIT IN BANK
OF AMERICA, ACCOUNT NUMBER
009-485-676770, HELD IN THE NAME OF
AREOSPEC FASTENERS INC., UP TO
AND INCLUDING THE SUM OF $2,821,829.08,
AND ALL PROCEEDS TRACEABLE THERETO.

                    Defendant.
- - - - - - - - - - - - - - - - - - - -X

Dated: Central Islip, New York
   March ___, 2017

           ROBERT L. CAPERS
           United States Attorney
           Eastern District of New York
           Attorney for the United States
           610 Federal Plaza East, 5th Floor
           Central Islip, New York 11722

        By: _____
           Robert W. Schumacher
           Assistant U.S. Attorney
           (631) 715-7871

Dated: New York, New York
   March 15, 2017

           Kenneth J. Kaplan
           767 3rd Avenue
           26th Floor
           New York, New York 10017

        By: _____
           Kenneth J. Kaplan, Esq.
           (212) 750-8628

SO ORDERED this ___ day
of March 2017

_____
HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE