ORIGINAL FILED
BY ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURTESY COPY

- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 24 2017   ★

LONG ISLAND OFFICE

STIPULATION & ORDER

Civil Case No. 16-0986

– against –

ONE MARQUIS 550 LS 055 VIN
CDRH2010F708, AND ALL PROCEEDS
TRCEABLE THERETO, *ET AL.*

(Spatt, J.)

Defendant.

- - - - - - - - - - - - - - - - - - -X

WHEREAS, on February 29, 2016, the United States of America (the "United States")

filed a Verified Complaint in rem (the "Complaint") in the above-captioned action seeking, among

other things, the forfeiture of one Marquis 550 LS 055 VIN CDRH2010F708 (the "Defendant

Vessel") pursuant to (a) 18 U.S.C. § 981(a)(l)(C), as property, real or personal, that constitutes

or is derived from, proceeds traceable to a violation of 18 U.S.C. § 1343; and/or (b) 18 U.S.C.

§ 981(a)(1)(A), as property involved in a transaction or attempted transaction in violation of 18

U.S.C. §§ 1956 and 1957 (see Docket Entry No. 1); and

WHEREAS, on or about March 8, 2017, United States District Judge Arthur D. Spatt

entered a Stipulation and Order of Voluntarily Dismissal as to the Defendant Vessel.

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED as follows:

1.      In accordance with the Hon. Arthur D. Spatt's individual rule II(C), the

undersigned parties, through counsel, hereby agree that the Defendant Vessel should be removed

from the caption in this matter, which shall be amended as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – –X
UNITED STATES OF AMERICA,


                  – against –

REAL PROPERTY AND PREMISES
LOCATED AT 60 JAMES STREET,
NORTHPORT, NEW YORK 11768,
AND ALL PROCEEDS TRACEABLE;
REAL PROPERTY AND PREMISES
LOCATED AT 2 MAPLE CRESCENT UNIT 21,
VERNON, NEW JERSEY 07462, AND ALL
PROCEEDS TRACEABLE THERETO;
REAL PROPERTY AND PREMISES
LOCATED AT 99 MAIN STREET, KINGS
PARK, NEW YORK 11754, AND ALL
PROCEEDS TRACEABLE THERETO; AND
ALL FUNDS ON DEPOSIT IN BANK
OF AMERICA, ACCOUNT NUMBER
009-485-676770, HELD IN THE NAME OF
AREOSPEC FASTENERS INC., UP TO
AND INCLUDING THE SUM OF $2,821,829.08,
AND ALL PROCEEDS TRACEABLE THERETO.

                  Defendant.
– – – – – – – – – – – – – – – – – – –X

Dated: Central Islip, New York
     March _____, 2017

                                       ROBERT L. CAPERS
                                       United States Attorney
                                       Eastern District of New York
                                       Attorney for the United States
                                       610 Federal Plaza East, 5th Floor
                                       Central Islip, New York 11722

                           By:   _____

                                       Robert W. Schumacher
                                       Assistant U.S. Attorney
                                       (631) 715-7871

Dated: New York, New York
     March ____, 2017

                                        Kenneth J. Kaplan
                                       767 3rd Avenue
                                       26th Floor
                                       New York, New York 10017

                           By:   _____

                                       Kenneth J. Kaplan, Esq.
                                       (212) 750-8628

SO ORDERED this 24th day
of March, 2017
   s/ Arthur D. Spatt

_____
HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE